# EXHIBIT A

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

PATRICIA RASMUSSEN and
TYLER MIKOL,

          Plaintiffs,

Case No. 2025-0000008217-NI

v.

JUDGE KAREN J MIEDEMA

AZAD SADEQ and AZADI, INC.,
a Foreign Profit Corporation,

          Defendants.

_____/

ALEXANDER J. KASSAB (P78221)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorneys for Plaintiffs
31440 Northwestern Highway, Suite 333
Farmington Hills, MI  48334
Fax: 248-737-4392
Phone: 248-538-3126
akassab@sambernstein.com
llyons@sambernstein.com

_____/

FILED IN OTTAWA COUNTY 20TH CIRCUIT COURT; 4/3/2025 1:59 PM

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

## COMPLAINT AND JURY DEMAND

## COMMON ALLEGATIONS

NOW COME the Plaintiffs, PATRICIA RASMUSSEN and TYLER MIKOL, by and through their attorneys, THE SAM BERNSTEIN LAW FIRM, PLLC, by ALEXANDER J. KASSAB, and for their cause of action against Defendants, AZAD SADEQ and AZADI, INC., respectfully show unto this Honorable Court as follows:

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

1.   That Plaintiff, PATRICIA RASMUSSEN, is a resident of the Township of Zeeland, County of Ottawa, State of Michigan.

2.   That Plaintiff, TYLER MIKOL, is a resident of the Township of Zeeland, County of Ottawa, State of Michigan.

3.   That Defendant, AZAD SADEQ, upon information and belief, is a resident of the City of Glenview, County of Cook, State of Illinois.

4.   That Defendant, AZADI, INC., is a Foreign Profit Corporation, with its principal place of business in the County of Cook, State of Illinois, and whose resident agent with the State of Illinois is Azad Sadeq located at 5251 N. Central Avenue, Chicago, IL 60630, which company does conduct business in the entire United States, including the County of Ottawa, State of Michigan.

5.   That all the acts, transactions and occurrences arose in the County of Ottawa, State of Michigan.

6.   That the amount in controversy in this litigation exceeds the sum of Twenty-Five Thousand Dollars ($25,000.00) exclusive of costs, interest and attorney fees.

<u>COUNT I- NEGLIGENCE OF DEFENDANT AZAD SADEQ</u>

7.   That Plaintiffs, PATRICIA RASMUSSEN and TYLER MIKOL, hereby adopt and incorporate by reference each and every allegation contained in the Common Allegations of this Complaint as if more specifically set forth herein, word for word and paragraph by paragraph.

8.   That on or about the 23rd day of October, 2024, at or about the hour of 6:43 p.m., Plaintiffs, PATRICIA RASMUSSEN and TYLER MIKOL, were the passengers of a 1999 Toyota motor vehicle, bearing Michigan license plate number K8689, which said motor vehicle was being operated in a careful and prudent manner in an easterly direction along and upon Quincy Street, at or near its intersection with US-31, in the Township of Holland, County of Ottawa, State of Michigan.



THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

9.    That at the aforementioned date and time, Defendant, AZAD SADEQ, was the operator of a 2015 Freightliner semi-truck, bearing Vehicle Registration P1091773, which said truck and trailer was being operated in a careless, reckless, and grossly negligent manner in a southerly direction along and upon US-31, at or near its intersection with Quincy Street, in the Township of Holland, County of Ottawa, State of Michigan, when said Defendant disregarded a traffic control device, was exceeding legal weight limits, failed to observe the red traffic signal, failed to yield to your Plaintiffs, and wrongfully entered the intersection, striking the vehicle in which your Plaintiffs were riding with great force, causing a collision, resulting in serious and permanent injuries to your Plaintiffs as hereinafter alleged.

10.    That it then and there became and was the duty of Defendant, AZAD SADEQ, to drive said motor vehicle with due care and caution in accordance with the statutes of the State of Michigan and the rules of the common law applicable to the operation of motor vehicles, but that notwithstanding said duties, Defendant did breach and violate the same in one or more of the following particulars:

a.    Failing to make and maintain observation of a traffic control signal and in failing to come to a stop for said traffic signal yield the right-of-way, contrary to the provisions in MCL 257.611;

b.    Driving said motor vehicle on the highway at a speed greater than would permit him/her to bring it to a stop within the assured clear distance ahead, contrary to the provisions of MCL 257.627;

c.    Driving at an excessive and unlawful speed;

d.    Failing to drive said motor vehicle on the highway at a careful and prudent speed, not greater than was reasonable and proper, having due regard to the traffic, surface and width of the highway and other conditions then and there existing as required by MCL 257.627;

e.    Failing to keep a proper or any lookout for traffic when Defendant knew or should have known that such failure would endanger the life and limb of other persons along and upon said highway;



THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

f.    Driving a vehicle on a highway recklessly, with gross negligence and with willful or wanton disregard for the safety of others in violation of MCL 257.626 et. seq.

g.    Failing to give audible warning of the approach or presence of said motor vehicle when reasonably necessary to insure its safe operation as required by MCL 257.706;

h.    Failing to have said automobile equipped with brakes adequate to control its movement and stop and hold it as required by MCL 257.705 or in the alternative, failing to use said equipment;

i.    Turning such motor vehicle from a direct line without first ascertaining that such movement could be made in safety and giving a signal as required by MCL 257.648;

j.    In failing to come to a full stop before entering a highway and in failing to yield the right of way to vehicles approaching on said highway in violation of MCL 257.652;

k.    In failing, when within an intersection and intending to turn to the left, to yield the right-of-way to a vehicle approaching from the opposite direction which was within the intersection or so close thereto as to constitute an immediate hazard as required by MCL 257.650;

l.    In making an improper turn in violation of MCL 257.647, et seq.;

m.    In failing to keep said motor vehicle under control at all times relevant to this matter;

n.    In operating a semi-truck that exceeds the legal weight limit in violation of MCL 257.724;

o.    In otherwise negligently failing to exert that degree of care, caution, diligence and prudence as would be demonstrated by a reasonably prudent person under the same or similar circumstances and in otherwise causing the injuries and damages to your Plaintiff as hereinafter alleged; and

p.    In other manners as yet unknown to Plaintiff but which will become known during the course of discovery.

11.    That as a direct and proximate result of the negligent acts and/or omissions on the part of Defendant, AZAD SADEQ, Plaintiff, PATRICIA RASMUSSEN, was caused and will be caused in the future to suffer with severe, grievous and permanent personal injuries, disability,



THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

damages, serious impairment of bodily functions and permanent, serious disfigurement, the full

extent and character of which are currently unknown, but which will include, but are not neces-

sarily limited to, the following:

    a.    Injuries to and about the entire chest, including ***bruised chest walls,*** necessitating physical therapy, pain medications, a plethora of other medical treatment, and sequelae;

    b.    Injuries to and about the entire right upper extremity, including ***multiple fractured right fingers, shattered knuckles, and multiple knuckle fractures,*** necessitating surgical intervention in the form of ***ORIF of the right finger fractures and subsequent hardware removal,*** requiring physical therapy, pain medications, a plethora of other medical treatment, and sequelae;

    c.    Injuries to the head, entire neck, back and spine and sequelae;

    d.    Residual scarring and sequelae;

    e.    Multiple abrasions and contusions;

    f.    Any and all other manners of internal and external injuries and sequelae;

    g.    Injuries to and about the entire musculoskeletal system and sequelae;

    h.    Any and all other manners of internal and external injuries and sequelae;

    i.    Pain, suffering, discomfort, disability, and extreme physical and emotional suffering;

    j.    Severe and continuing embarrassment, humiliation, anxiety, tension and mortification;

    k.    Loss of the natural enjoyments of life;

    l.    Exacerbation and/or aggravation of pre-existing conditions;

    m.    Loss of wages and/or earning capacity;

    n.    Medical expenses in excess of those provided under the Michigan No-Fault policy of insurance; and

    o.    Damages in excess of those provided under the Michigan No-Fault Act.

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

12.    That as a direct and proximate result of the negligent acts and/or omissions on the part of Defendant, AZAD SADEQ, Plaintiff, TYLER MIKOL, was caused and will be caused in the future to suffer with severe, grievous and permanent personal injuries, disability, damages, serious impairment of bodily functions and permanent, serious disfigurement, the full extent and character of which are currently unknown, but which will include, but are not necessarily limited to, the following:

    a.    Injuries to and about the entire right shoulder, including *left shoulder blade fracture,* requiring durable medical equipment, pain medications, physical therapy, a plethora of other medical treatment, and sequelae;

    b.    Injuries to and about the entire chest and ventral body cavity, including *left side collar bone fracture and collapsed lung,* requiring physical therapy, pain medications, a plethora of other medical treatment, and sequelae;

    c.    Injuries to and about the entire head, including *superficial laceration to the right side of head,* requiring pain medications, a plethora of other medical treatment, and sequelae;

    d.    Injuries to and about the bilateral lower extremities, including *abrasions and scarring on the bilateral knee caps*, requiring pain medications, a plethora of other medical treatment, and sequelae;

    e.    Injuries to and about the entire musculoskeletal system and sequelae;

    f.    Residual scarring and sequelae;

    g.    Multiple abrasions and contusions;

    h.    Any and all other manners of internal and external injuries and sequelae;

    i.    Pain, suffering, discomfort, disability, and extreme physical and emotional suffering;

    j.    Severe and continuing embarrassment, humiliation, anxiety, tension and mortification;

    k.    Loss of the natural enjoyments of life;

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

       l.        Exacerbation and/or aggravation of pre-existing conditions;

       m.      Loss of wages and/or earning capacity;

       n.      Medical expenses in excess of those provided under the Michigan No-Fault policy of insurance; and

       o.      Damages in excess of those provided under the Michigan No-Fault Act.

13.     At all times relevant hereto, Defendant, AZAD SADEQ, was operating the afore-described vehicle with the knowledge and/or consent of its owner, Defendant, AZADI, INC., making it liable to your Plaintiffs under the Owner's Liability Statute found at MCL 257.401 and/or pursuant to the Federal Motor Carrier Safety Act (FMCSA), for the negligent acts and/or omissions of the driver.

14.    That additionally, or in the alternative, Defendant, AZAD SADEQ, was then and there driving in the course and/or scope of his employment and/or agency with AZADI, INC., which is vicariously liable pursuant to the Doctrine of *Respondent Superior* for his negligent acts and/or omissions in the course and scope of his employment and/or agency.

WHEREFORE, Plaintiffs, PATRICIA RASMUSSEN and TYLER MIKOL, pray that this Honorable Court award them damages against Defendants, AZAD SADEQ and AZADI, INC., in whatever amount in excess of Twenty-Five Thousand Dollars ($25,000.00) to which they are found to be entitled to receive, together with costs, interest and attorney fees.

<u>COUNT II- NEGLIGENT ENTRUSTMENT</u>

15.     That Plaintiffs hereby adopt and incorporate by reference each and every allegation contained in the Common Allegations and Count I of this Complaint as if more specifically set forth herein, word for word and paragraph by paragraph.

16.     That on or about the 23rd day of October, 2024, it was the duty of Defendant, AZADI, INC., to exercise due care and caution in the entrustment of its motor vehicle, so as not to entrust the use of such motor vehicle to a driver that such Defendant knew or had reason to


THE
SAM BERNSTEIN
L A W   F I R M
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

know was likely to drive such motor vehicle in a carelessly, recklessly and grossly negligent fashion.

17.    That on the aforementioned date, Defendant, AZADI, INC., knew or should have known that Defendant AZAD SADEQ's driving habits and driving record included numerous citations, convictions and suspensions for reckless, careless, negligent driving including multiple accidents, speeding, and an indifference to the traffic laws.

18.    That notwithstanding that, said Defendant knew or had reason to know of the poor driving record and habits of Defendant, AZAD SADEQ, Defendant, AZADI, INC., did entrust said motor vehicle to his use and he did drive such motor vehicle in a careless, reckless and grossly negligent fashion as set forth in COUNT I of this Complaint, causing all such injuries, damages, and losses to Plaintiffs, PATRICIA RASMUSSEN and TYLER MIKOL, as set forth in COUNT I of this Complaint.

WHEREFORE, Plaintiffs, PATRICIA RASMUSSEN and TYLER MIKOL, pray that this Honorable Court award them damages against Defendants, AZAD SADEQ and AZADI, INC., in whatever amount in excess of Twenty-Five Thousand Dollars ($25,000.00) to which they are found to be entitled to receive, together with costs, interest and attorney fees.

Respectfully submitted,
THE SAM BERNSTEIN LAW FIRM, PLLC

/s/ Alexander J. Kassab
_____
ALEXANDER J. KASSAB (P78221)
31440 Northwestern Hwy., Suite 333
Farmington Hills, MI  48334
Fax: 248-737-4392
Phone: 248-538-3126
akassab@sambernstein.com
llyons@sambernstein.com

Dated:  April 3, 2025

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY